# UNITED STATES DISTRICT COURT

for the

Middle Dist. of Fla., Ft Myers Div

Eduardo DIAZ Garcia

*Petitioner*

v.

US Attorney General, DHS Secretary, Todd Lyons Director ICE, Garrett Ripo Director ICE Miami Filed Office, David Hardin Sheriff & Warden Glades County

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. ______________
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Eduardo DIAZ Garcia
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Glades County Detention Center
   (b) Address: 1297 E. SR 78, Moore Haven, Florida 33471
   (c) Your identification number: 232-152-707
3. Are you currently being held on orders by:
   ☑ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☑ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❒ Pretrial detention
☑ Immigration detention
❒ Detainer
❒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❒ Disciplinary proceedings
❒ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Miami Krome Immigration Court
   (b) Docket number, case number, or opinion number: Order in 232-152-707 dated May 26, 2026
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Unfair bond hearing violating established immigration law and US Constitution
   (d) Date of the decision or action: 06/04/2026

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ❒ Yes ☑ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court:
   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal: Futile, bc timeframe of appeal results in irreparable harm; and futile bc BIA like the IJ are agents of the Attorney general and under this administration they are neithe neutral, fair, nor impartial. They are another arm of ICE, and this IJ is just like the OPLA ACC in court, or worse.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ❒ Yes ❒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❒ Yes ❒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❒ Yes ❒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❒ Yes ❒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❐ Yes ❐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes ❐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: 12/07/2026
(b) Date of the removal or reinstatement order: 03/12/2026
(c) Did you file an appeal with the Board of Immigration Appeals?

☑ Yes ❐ No

If "Yes," provide:

(1) Date of filing: 03/13/2026

(2) Case number: 232-152-707

(3) Result: BIA taken NO ACTION--still pending with no notice if case accepted nor briefing schedule

(4) Date of result:

(5) Issues raised: Violation of Bull v. INS to deny continuance with pending validly filed and facially appı

AOS to lawful permanent resident under the Cuban Adjustment Act bc entered legally with inspection

therefore qualified under the CAA to adjust status

Please note this is not a final order of removal because my timely notice of appeal was accepted by the BIA, which as noted has not taken any action on my pending appeal.

(d) Did you appeal the decision to the United States Court of Appeals?

❒ Yes ☒ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

❒ Yes ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**: Violation of Constitution against improper deprivation of liberty under Fifth Amendment and ZADVYDAS v. Davis 533 US 678 (2001)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

IJ did not make a determination that I was a danger to the community. See his Order, contains no such finding.
IJ did not make a determination that I was a flight risk. I have a stabe residence--one year lease which I presented
I have fiancee Lawful permanent resident who just had our baby (DOB May 31, 2026) w/whom I reside; I have vali
Work Authorization; I had a job for three years, paid federal incme tax entire time; have no criminal record--one tra
-fic ticket ONLY plus immigration racial profiling stop on Dec.7, 2025; 17 letters in support from USC & LPR fam

(b) Did you present Ground One in all appeals that were available to you?

❒ Yes ❒ No

**GROUND TWO**: IJ violated right to liberty by failing to follow Zadvydas and Matter of Guerra by not making a determination whether I was a flight risk or a danger to the community. The IJ's Order makes no such determin-ation.Matter of Guerra, 25 I&N Dec. 37, 40 (BIA 2006) all nine factors met by Petitioner--request hearing for same or to file brief in support by counsel

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I meet all elements of the Guerra factors. Pet'r hasFixed Residence; Job w/EAD; check. Stable family with lawful US status, including LPR girlfriend and US Citizen son all of five days old; US citizen sister, LPR mother, all residing in the same county in Florida; manner of entry to US was lawful. I have lawful basis to remain her with validly filed and pending AOS i-485 under the CAA; never evaded or missed any imm. proceedings; filed for lawful entry, have valid I-94 record of same under Cuban Humanitarian parole program, have same job awaiting me if fre

(b) Did you present Ground Two in all appeals that were available to you?

❒ Yes ❒ No

**GROUND THREE**: IJ improperly determined USCIS/Trump's new policy on adjustment of status applies to those adjusting under the Cuban Adjustment Act,which the new USCIS policy memo on point does not even mention that it applies to the CAA.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See the USCIS memo dated May 21, 2026 PM-602-0199 Policy Memorandum: Re: Adjustment of Status a Matter of Discretion and Administrative Grace, and anExtraordinary Relief that Permits Applicants to Dispense w With the Ordinary Consular Visa Process. This clearly does NOT apply to the CAA and adjustment of status re: people from a country we are almost at war with and fully blockading. It is just another example of this IJ taking the "shot-gun approach" to shoot down my freedom from unconstitutional detention by any means possible.

(b) Did you present Ground Three in all appeals that were available to you?

❒ Yes ❒ No

**GROUND FOUR**: I request an impartial bond hearing before this Court because the IJ is not neutral fair or impa impartial. It is rather acting as an advocate for DHS, so I got whipsawed twice by this IJ already. It is absolutely futile to expect a fair bond hearing or bond from the IJ

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The order of the IJ speaks for itself. It fails to make the legally required determination whether I am a flight risk or a danger to the community. It distorts a minor traffic violation into a criminal offense. It ignores I have a legal residence paid for one year until Novemebr, not to mention that I reside with a LPR girlfriend who just bore my and this child is a US citizen. The IJ was informed also I had a job and paid taxes for all three years since I arrived in the US, and have valid work Authorization pursuant to duly filed i-485 AOS application under the CAA. Court ignored my severe medical condition suffering in jail which was filed with it prior to its bond order.

(b) Did you present Ground Four in all appeals that were available to you?

❒ Yes ❒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: Order ICE to Release me from Prison pending the determination of my a appeal- duly filed before the BIA. Alternately, please give me a bond hearing before THIS COURT--which is the only fair a and impartial arbiter that I may access, and then apply and determine for yourself based on all the evidence whether I am a "danger to the community" or a "flight risk" under Zadvydas and Matter of Guerra. Thank you for your consideration. /s/ Eduardo DIAZ

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

My Attorney drafted and filed for me

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 06/04/2026

/s/ Eduardo DIAZ Garcia

*Signature of Petitioner*

/s/ Christopher P. Benischek

*Signature of Attorney or other authorized person, if any*