**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**MIAMI KROME IMMIGRATION COURT**

Respondent Name:
DIAZ GARCIA, EDUARDO

To:
Benischek, Christopher P
448 E. 116th Street
New York, NY 10029

A-Number:
232-152-707

Riders:
In Custody Redetermination Proceedings

Date:
05/26/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because

In accordance with Judge Dudek's May 19, 2026 Habeas Order, the Court conducted an individualized bond hearing. This constitutes Respondent's 3rd bond hearing in this Respondent's case.

After applying the 9 Guerra factors, the Court finds that Respondent has not met his burden in establishing that he is a suitable bail risk.

The positive factors in support of a bond includes that Respondent has close immediate family in the United States with status (LPR mother; LPR fiance (who is scheduled to give birth this coming weekend - the Court is sympathetic to the hardship that continued detention has on Respondent's fiance); USC sister, Yaima; USC uncle); Respondent had filed an application for adjustment of status under the Cuban Adjustment Act with USCIS, Respondent has provided proof of a fixed address, and Respondent has filed evidence that he has a sponsor to ensure his appearance at any future Court hearing.

Balanced against these positive equities are negative factors including: Respondent is a fairly recent arrival in the United States (having applied for admission in January 2023 - a little over three (3) years ago; Respondent has been encountered two times for minor traffic violations (1) 11/17/2025 - Driving While License was Suspended or Revoked (dismissed upon restitution and payment Court costs); and,
2) recent traffic stop - roving Border Patrol stop in Marathon, FL; and, the most important factor that the Court finds weighs heavily against granting a bond is the fact that there is no relief pending before this Court. On March 12, 2026, Respondent had not filed an application for relief in accordance with the Court's prior February 10, 2026 Notice of Hearing and re-enforced in the Court's Order dated February 27, 2026

Order denying termination of the proceedings. In both of those Orders, the Court clearly indicated that all relief being sought before the Court needed to be filed by midnight, March 11, 2026, and that failure to file an application for relief would result in relief being deemed abandoned.

At today's hearing, Respondent's counsel pointed out Respondent had filed for adjustment of status before the prior master calendar hearing, and that is relief Respondent may pursue. This fact does not persuade the Court that bond should be set because of Respondent's manner of entry (as an applicant for admission, Respondent is charged as an "arriving alien," and, based on being charged as an "arriving alien," the Court lacks jurisdiction to adjust his status before the Court. Also, even had he filed proof of filing for adjustment of status, Respondent would not qualify for a continuance under Bull v. INS because a continuance based on a pending visa petition would not qualify under the "good cause" requirement because, ultimately, the Court could not adjust Respondent's status based on being charged as an "arriving alien." Only USCIS has jurisdiction to adjust Respondent's status. Further, the President has issued recent proclamations which would have an impact on USCIS adjudicating Respondent's Visa Petition. see PM-602-0199 (dated May 21, 2026); see also, Matter of Yauri, see Matter of Martinez-Montalvo; see Matter of Hashmi, and Matter of L-A-B-R-.

Based on the foregoing, Respondent's 3rd bond request is DENIED.

- ☐ Granted. It is ordered that Respondent be:
  - ☐ released from custody on his own recognizance.
  - ☐ released from custody under bond of $
  - ☐ other:

- ☐ Other:

Immigration Judge: Stuart A. Siegel 05/26/2026

Appeal: Department of Homeland Security: ☐ waived ☐ reserved
Respondent: ☐ waived ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : DIAZ GARCIA, EDUARDO | A-Number : 232-152-707

Riders:

Date: 05/27/2026 By: RIEBE, NICHOLINA, Court Staff