Homeland Security

# TRAVEL AUTHORIZED

Your travel authorization has been approved and you are now authorized to travel to the United States under the Cuban parole process to seek parole. You must meet all requirements for boarding an aircraft. This document does not grant you parole. Upon arrival to the United States, a U.S. Customs and Border Protection (CBP) officer will make the determination on parole once you arrive at a port of entry.

You are responsible for arranging your own travel to the United States. You are required to travel to the United States via commercial air. Please be prepared to show this status page in your myUSCIS account to airline personnel along with your passport and other appropriate identification. If you are traveling with a child under 18 years old, you should be prepared to provide proof that the child is traveling with a parent or legal guardian. For their protection, children who are not accompanied by a parent or legal guardian may be placed in the custody of the Department of Health and Human Services (HHS).

**Name:** DIAZ GARCIA, EDUARDO NMN

| Date of Birth | Alien Number | Passport Number | Status | Expiration Date |
|---|---|---|---|---|
| Dec 26, 1994 | 232152707 | M097139 | Authorization Approved | Apr 24, 2023 |