
Florida
TEMPORARY
DRIVER LICENSE
USA
CLASS E
D618-713-42-100-0
DIAZ GARCIA
EDUARDO
38801 OVERSEAS HWY
BIG PINE KEY, FL 33043
DOB 12/26/1994 SEX M
EXP 11/17/2026 HGT 5'-09"
REST NONE END NONE
DONOR
SAFE DRIVER
11/17/2025
Operation of a motor vehicle constitutes
consent to any sobriety test required by law.

The State of Florida retains all property rights herein.
122694
Rev. 03/01/2020

0100509187525230 21

CLASS: E - Any non-commercial veh with a GVWR < 26,001 lbs. or any RV

REST: None

END: None

REPLACEMENT LICENSE REQUIRED WITHIN 30 DAYS OF ADDRESS OR NAME CHANGE.

WWW.FLHSMV.GOV






Left, September 2022, going for a walk in Cuba, Right, March 2023, doing some shopping at Fort Myers. FL. Below, October 2025 having dinner with Eduardo's sister Yaima and niece Melanie at Texas Roadhouse in Homestand, FL.

