isla bella

BEACH RESORT

# July Team Member of the Month
## Back of House

This certificate is proudly presented to

*Eduardo Diaz*

For your exceptional performance this month, in appreciation for your loyalty and achieving company goals

**Antonina Smirnov**

Regional People + Culture Director