**Statement of Zulema Garcia**

I, Zulema Garcia, declare under penalty of perjury the following:

I am the mother of Eduardo Diaz Garcia. I have two children, Yaima and Eduardo. Eduardo is the youngest of my children. I am a lawful permanent resident. I live at 751 73rd St Ocean Apt 306, Marathon, Florida.

I attest that my son Eduardo is of very good character. He is a very concerned and caring son. He has provided me with financial support. He is kind and simple, concerned with his work and responsible. Last July 2025, he earned the recognition of the best employee of the month from his employer Isla Bella Beach Resort for his exceptional performance and in appreciation of his loyalty and for achieving the company goals. He is not a burden to anybody. He is an excellent person in every way.

He came legally in this country on January 29,2023 and is awaiting the processing of his adjustment of status application through the Cuban Adjustment Act. I am concerned about his wellbeing in the jail because he has fragile health, and the conditions in prison are exacerbating his health problems. When he was 15 days old, he had to undergone surgery to remove part of his intestines because he could not eat due to a blockage. Since then, he needs to eat a special diet and take medication to reduce acidity and aches in the stomach.

Sincerely,

Z Garcia

Zulema Garcia

Date: December 19, 2025

Marathon, Florida