Declaration of Arisnay Viltres

I, Arisnay Viltres, state under penalty of perjury as follows:

I am Eduardo Diaz's girlfriend for the last 4 years. We are planning to get married as soon as possible this Spring.

Eduardo and I reside at 38801 Overseas Hwy, Big Pine Key, Florida. I am willing to provide him the place to live and any financial support he may need while awaiting the outcome of his immigration proceedings and the final approval of his Adjustment of Status Application under the Cuban Adjustment Act which is currently pending.

I work at Sunshine Key RV Resort and Marina full-time as a housekeeper and at RB Best Solutions Inc. Care Provider part-time providing child-care.

I am a lawful US permanent resident (LPR) and can attest that Eduardo is a great human being. He is a responsible, kind, peaceful, respectful man, friend and worker. He is also honest, reliable and committed to his family, work and community. I firmly believe that these qualities reflect his solid character and his willingness to fulfill his responsibilities in an honorable manner.

I recently discovered that I am pregnant with our first child. I am on my second trimester pregnancy (medical report is attached). Eduardo's detention has affected me deeply because he is the pillar of our home and the main economic and emotional support of the family. He is the one in charge of helping me with the payments of the house.

His presence is essential to maintain the economic and emotional stability of our family, even more so now that I am pregnant, since he is the one who organizes the finances and complies punctually with the payments and obligations of the household.

Eduardo has had a stable job at Isla Bella Beach Resort since he received work authorization two years ago. Last July 2025, he earned the recognition of being the best employee of the month. His employer is holding the job for him given how much they appreciate his exceptional performance.

Sincerely,

______________________

Arisnay Viltres
Date: February, 2 ,2026
Big Pine Key, Florida


UNITED STATES OF AMERICA
PERMANENT RESIDENT
Surname
VILTRES PAEZ
Given Name
ARISNAY
Country of Birth
Cuba
USCIS#
246-585-009
Category
CU6
Date of Birth
06 OCT 1994
Sex
F
Card Expires:
05/06/34
Resident Since:
12/29/22