PATIENT NAME: VILTRESPAEZ, ARISNAY DOB: 10/06/1994
FIN: 945824743 CMRN: 300309797
Date of Admission: 01/19/2026

Baptist Health

FH_Fishermens Community Hospital
3301 Overseas Hwy
Marathon, FL, 33050
(305) 434-1000

* Final Report *

VILTRESPAEZ, ARISNAY

**DOB:** 10/06/1994
**MRN:** 69017826
**Visit Date:** 01/19/2026

# Instrucciones de alta para paciente de la consulta de atención de emergencia

## Diagnóstico

Second trimester pregnancy
Abdominal pain

## Signos vitales

**T:** 36.9 °C (Oral) **HR:** 89 (Peripheral) **RR:** 18
**BP:** 107/74 **SpO2:** 99%
**HT:** 155 cm **WT:** 79.7 kg **BMI:** 33.17

## Pruebas realizadas

**Laboratory**

ABO and Rh, 01/19/26 18:14, Completed
Ab Screen Instrument/Gel, 01/19/26 18:14, Completed
CBC with Diff, 01/19/26 18:14, Completed
Type and Screen, 01/19/26 18:14, Completed
HCG Quant, 01/19/26 18:14, Completed
Urinalysis, 01/19/26 18:15, Completed
ABO and RH Confirmation, 01/19/26 19:09, Completed
Lipase Level, 01/19/26 19:23, Completed
CMP, 01/19/26 19:23, Completed
.Estimated Glomerular Filtration Rate, 01/19/26 19:45, Completed

**Xray**

US 90779398, 01/19/26 20:47, Completed

## Su equipo de atención

**Médico del Departamento de Emergencia:**
Vargas, Ramon Eduardo MD
**Proveedor Practicante Avanzado:**
Ninguno
**Enfermera del Departamento de Emergencia:**
Amanda
Jestine
Jessica

DISCUSSION:
Number: 1
Viable: Yes
Fetal Heart : 140 bpm
Presentation: Cephalic.
Placenta: Anterior. No previa.
Amniotic Fluid: Amniotic fluid index 15.9 cm. The deepest vertical pocket is 5.2 cm.
Biometry:
Biparietal diameter: 4.7 cm = 20 w 0 d +/-
Head circumference: 17.7 cm = 20 w 2 d +/-
Abdominal circumference: 14.8 cm = 20 w 0 d +/-
Femur length: 3.3 cm = 20 w 1 d +/-
Average gestational age based on today's measurements: 20 w 1 d
Estimated fetal weight: 333 g +/- 50 g
Maternal Evaluation:
Cervix: Cervix is long and closed measuring 4.7 cm in length on the transabdominal images.
Right ovary measures 2.4 x 1.4 x 2.4 cm, and contains 1.1 x 1.0 x 0.9 cm complex cyst, probably hemorrhagic corpus luteum. The left ovary is not visualized.
IMPRESSION:
1. Single live intrauterine fetus.
2. Limited scan showing fetal biometry at 20 w 1 d. Fetus is dated at 9 w 1 d from patient's clinical EDD of 08/23/2026.
3. Probable 1.1 x 1.0 x 0.9 cm hemorrhagic corpus luteal cyst in the right ovary. Recommend short-term pelvic ultrasound follow-up.
4. Cervix is long and closed.
Signed Electronically By: Dr. Yulia Volokhina - 401083 - 1/19/2026 8:58 PM

READ BY: YULIA VOLOKHINA ON: Jan 19 2026 8:58PM
***FINAL RESULT***

## Educación

### Dolor abdominal durante el embarazo
### Abdominal Pain During Pregnancy

El dolor abdominal, o dolor de vientre, es habitual durante el embarazo. Hay muchas causas. Algunas causas son más graves que otras. Algunas veces, la causa no se conoce. Siempre informe a su médico si siente dolor en el vientre.

El dolor en el vientre puede ser un indicio de que está comenzando el parto. También puede deberse al crecimiento normal del bebé. El crecimiento normal del bebé estira los músculos y ligamentos, lo que causa dolor.

### Siga estas instrucciones en su casa:

- **No** tenga relaciones sexuales ni se coloque nada dentro de la vagina hasta que el dolor haya desaparecido.
- Descanse todo lo que pueda hasta que el dolor se le haya calmado.
- Beber suficiente líquido para mantener el pis (orina) de color amarillo pálido.
- Use los medicamentos solamente como se lo haya indicado el médico.

### Comuníquese con un médico si: