Equity LifeStyle Properties

**Encore RV Resorts**
**www.rvonthego.com**

Sunshine Key
38801 Overseas Hwy.
Big Pine Key, FL 33043
305-780-7048

Date: 12/16/25 Time: 10:55:37 AM

**Reservation Information:**
Rez #: 2106581418

| Site | Type | Check-In | :heck-Out | Total |
|---|---|---|---|---|
| 271 | Standard | 11/1/2025 | 11/1/2026 | $7,500.00 |

EDUARDO DIAZ
38801 OVERSEAS HIGHWAY
BIG PINE KEY, FL 33043
USA

**Paid Via:**
Card Name: Merchant ID: CC #: ************3539 Auth Code: 095825
Date: 12/05/2025 03:00:13 PM Ref #: 9822838 Visa-Sale
Transaction Amount: $625.00

| Made Da | Site | Description | Charges | Tax | Total |
|---|---|---|---|---|---|
| 11/7/2025 | 271 | 12 Month Open Season @ $625.00 | $7,500.00 | $0.00 | $7,500.00 |

Total Charges $7,500.00

| Type | Date | Description | Amount | Change | Net |
|---|---|---|---|---|---|
| Payment | 11/07/2025 | Payment Received - Visa | $625.00 | $0.00 | $625.00 |
| Payment | 12/05/2025 | Payment Received - Visa | $625.00 | $0.00 | $625.00 |
| Total Payments | | | -$1,250.00 | $0.00 | -$1,250.00 |

| | |
|---|---|
| Charges | $7,500.00 |
| Discount | $0.00 |
| Tax | $0.00 |
| Total | $7,500.00 |
| Total Paid | -$1,250.00 |
| Balance | $6,250.00 |

*I agree to pay above total amount according to card issuer agreement (merchant agreement if credit voucher)*

Signature______________________________

Refunds subject to cancellation policy. For further inquiry call us at 305-780-7048

TERMS AND CONDITIONS:
For Annual Reservations, a surcharge of 2% will be added to the total amount of your invoice if paid by credit card.
If I used a credit card for a deposit, guarantee or payment, I authorize MHC Property Management L.P. to charge any expenses incurred during my stay to that credit card or apply funds you have on deposit with us against what I owe.