

Baby Luis Diaz Viltres, born on May 31, 2026, with his mom, Arisnay Viltres and his aunt Yaima Diaz, sister of Eduardo Diaz Garcia..

